## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY a/s/o BRENDA
SHULER,

    Plaintiff,

v.

UNITED STATES
OF AMERICA,

    Defendant.

_____/

### PLAINTIFF'S COMPLAINT FOR DAMAGES

Plaintiff, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY as subrogee of BRENDA SHULER, sues Defendant, UNITED STATES OF AMERICA, and states:

1. That this is a civil action arising from an automobile accident caused by a federal agency and employees of the government as defined in 28 U.S.C.A. § 2671 and this Court has jurisdiction pursuant to 28 U.S.C.A. §§ 1346, 1367.

2. That Plaintiff's insured resides in the Southern District of Florida where the acts and omissions complained of occurred.

3. That Plaintiff is an Illinois corporation with its principal place of business in that state and is competent to bring this action.

4. That at all times material to this action, Plaintiff insured Brenda Shuler—the

insured—and was obliged to reimburse the insured for damages to her 2015 Kia Optima and for other damages associated with motor vehicle accidents.

5. That this subrogation action for tort is not an action on the policy.

6. That all conditions precedent to initiating this action have been performed or are excused.

7. That Plaintiff has fulfilled all federal conditions precedent to filing this lawsuit and has filed a claim for damage, injury or death with the appropriate federal agency in accordance with 28 U.S.C.A. § 2672 or such compliance is excused. Evidence of compliance is attached and/or will be filed with the Court as necessary.

8. That under the Federal Tort Claims Act, 28 U.S.C.A. §§ 2671-80, the United States Coast Guard is considered a federal agency and its agent and/or employee, Gleb V. Borovok, is considered an employee of the federal government.

9. That at all times material to this action, 28 U.S.C.A. §§ 2671-2680 provide that the UNITED STATES is liable and responsible for the acts and omissions of the USCG and its agents and employees including, without limitation, Borovok.

10. That at all times material to this action, the USCG owned or was otherwise responsible for a 2017 Ford C-Max or other vehicle which was operated with its consent, knowledge, and permission by Borovok.

11. That on or about October 24, 2017 on Interstate 95 near the intersection with Sheridan Street in Hollywood, Broward County, Florida, Defendant's vehicle negligently rear-ended the insured's vehicle causing no less than $19,512.04 in damages.

12. That as a result of the collision, Plaintiff was required to pay no less than $19,012.04

and the insured paid a $500.00 deductible.

13. That Plaintiff having made payments to and/or on behalf of its insured is entitled to directly claim its damages from Defendant which caused the losses.

14. That at all times material to this action, Defendant owed Plaintiff, the insured, and the public-at-large duties to reasonably maintain its vehicle and to reasonably operate its vehicle in conformance with applicable traffic laws.

15. That Defendant breached the aforementioned duties by negligent acts and/or omissions which include, without limitation:

   a. striking the insured's vehicle from behind;
   b. following too closely;
   c. driving carelessly and failing to control its vehicle;
   d. operating its vehicle at a speed inappropriate for conditions;
   e. operating its vehicle in an unsafe or illegal manner;
   f. failing to maintain its vehicle in a reasonable or safe manner;
   g. failing to use due care; and/or
   h. by such other negligent acts and/or omissions as discovery or the evidence may show.

16. That as a direct and proximate result of Defendant's negligence, Defendant's vehicle collided with the insured's vehicle so that Plaintiff and the insured suffered damages.

WHEREFORE the Plaintiff, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY a/s/o BRENDA SHULER, demands judgment against the Defendant, UNITED STATES OF AMERICA, and further demands court costs, interest, and such other relief as the Court deems proper.

DATED this 22nd day of July 2019.

s/ Eugene G. Beckham
EUGENE G. BECKHAM
Florida Bar No. 360732

subro@beckhamlaw.com
Beckham & Beckham, P.A.
2191 Northeast 163rd Street
Second Floor
North Miami Beach, Florida 33162
Telephone 305-957-3900
Facsimile 305-940-8706
Attorneys for Plaintiff, State Farm

4

JS 44 (Rev. 06/17) FLSD Revised 06/01/2017

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

### I. (a) PLAINTIFFS
State Farm Mutual Automobile Insurance Company a/s/o Brenda Shuler

### DEFENDANTS
United States of America

**(b)** County of Residence of First Listed Plaintiff: Miami-Dade
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: 
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Beckham & Beckham, P.A., 2191 NE 163rd Street,
North Miami Beach, FL 33162

Attorneys *(If Known)*

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☒ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question *(U.S. Government Not a Party)*
☒ 2 U.S. Government Defendant
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729 (a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | | **LABOR** | ☐ 835 Patent – Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 720 Labor/Mgmt. Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☒ 380 Other Personal Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | **Other:** | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 530 General | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee – Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed (See VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation Transfer
☐ 7 Appeal to District Judge from Magistrate Judgment
☐ 8 Multidistrict Litigation – Direct File
☐ 9 Remanded from Appellate Court

### VI. RELATED/ RE-FILED CASE(S)
(See instructions): a) Re-filed Case ☐ YES ☒ NO    b) Related Cases ☐ YES ☒ NO
JUDGE:                                                                 DOCKET NUMBER:

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1346, 2674 ; motor vehicle negligence

LENGTH OF TRIAL via 1 days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 19,512.04
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
DATE: July 22, 2019
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT #         AMOUNT         IFP         JUDGE         MAG JUDGE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY a/s/o BRENDA SHULER<br><br>*Plaintiff(s)*<br>v.<br>UNITED STATES OF AMERICA<br><br>*Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  UNITED STATES OF AMERICA
United States Attorney, Southern District of Florida
U.S. Attorney's Office
99 N.E. 4th Street
Miami, FL 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eugene G. Beckham
Beckham & Beckham, P.A.
2191 N.E. 163rd Street, Second Floor
North Miami Beach, FL 33162

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   07/22/2019

*Signature of Clerk or Deputy Clerk*